Heath A. WILKINS, Appellant,

v.

MISSOURI BOARD OF PROBATION & PAROLE, Respondent.

No. WD 74752.

Missouri Court of Appeals,
Western District.

July 10, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2012.

Heath Wilkins, Jefferson City, MO, Appellant Acting Pro Se.

Andrew Hassell, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM.

Mr. Heath A. Wilkins appeals from the trial court's judgment dismissing his petition seeking a declaratory judgment against the Missouri Board of Probation and Parole. The trial court found Mr. Wilkins's pleading failed to state a claim on which relief could be granted.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).